# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

     v.

JAMES BRADLEY,

    Petitioner

:  No. 457 EAL 2015
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.